## MORRISON v. TAYLOR et al.
### No. 11153.

Circuit Court of Appeals, Fifth Circuit.
Nov. 18, 1944.

Rehearing Denied Dec. 19, 1944.

Roy G. Baker, of Sherman, Tex., for appellant.

Alexander Gullett, of Denison, Tex., for appellees.

Before HUTCHESON, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The suit was for the statutory penalties prescribed for violation of the Emergency Price Control Act of 1942, 50 U.S.C.A. Appendix, § 901 et seq. The claim was that though the rental of the premises had been fixed at $25 per month, the defendant, without applying to the rent control authorities and without obtaining permission from them to raise it, had increased the rent to $32.50 per month. The defense was that the property was business property and its rents not subject to the Act. The evidence established without dispute: that the property was a business building in the business part of town; that it was used for business purposes, a three chair barber shop being conducted in it; and that part, but not how much, of the rear of it was occupied as living quarters. The District Judge, on evidence fully supporting his finding, found: That the property was a brick commercial building, predominantly used by plaintiff, Morrison, as a barber shop; that any living in the building by Morrison was purely incidental; that the rental of it was not governed by the Emergency Price Control Act; and that plaintiff was, therefore, not entitled to recover. He was right in so concluding. His judgment is affirmed.